# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| LUIS MIRANDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-CV-11719-AK |
| | ) | |
| THE COMMONWEALTH OF MASSACHUETTS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

**KELLEY, D.J.**

On February 23, 2026, Plaintiff Luis Miranda's Application to Proceed in District Court without Prepaying Fees or Costs was allowed. [Dkt. 6]. At that time, he was advised that if he wishes to proceed in this matter, he must file an amended complaint that alleges facts demonstrating that claim preclusion does not apply and that names proper defendants. [Id.].

On March 17, 2026, Miranda filed his Memorandum of Law in Opposition to Dismissal and in Support of Motion to Amend. [Dkt. 8]. Miranda indicates that the proper defendant is Michele Cristello, Deputy Commissioner of Child Support Enforcement Division. [Id.].

Miranda has not filed an amended complaint. In light of Miranda's *pro se* status and the present stage of the litigation, he will be granted an extension of time to file an amended complaint subject to the following conditions. Miranda shall file the amended complaint within twenty-one (21) days of this Order (that is, by April 20, 2026). Any such amended complaint shall set forth a short and plain statement of the grounds for the Court's jurisdiction, see Fed. R. Civ. P. 8(a)(1); a short and plain statement of the claim showing that Plaintiff is entitled to relief, see Fed. R. Civ. P. 8(a)(2); and a demand for the relief sought, see Fed. R. Civ. P. 8(a)(3). It

shall comply with the requirements of Fed. R. Civ. P. 10 as to the form of pleadings, including the use of numbered paragraphs and the identification of separate counts as appropriate.  It shall be a self-contained document (including any exhibits) that entirely supersedes the original complaint, which shall have no further force or effect; provided, however, that if Plaintiff does not timely file an amended complaint, the original complaint will remain operative.

For the foregoing reasons, Miranda is granted an extension of time to file an amended complaint.  Failure to file an amended complaint within twenty-one (21) days of the date of this Order will result in dismissal of this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**SO ORDERED.**

Dated: March 30, 2026                                     /s/ Angel Kelley
                                                                    Hon. Angel Kelley
                                                                    United States District Judge

2