**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| LUIS MIRANDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-CV-11719-AK |
| | ) | |
| MICHELE CRISTELLO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER</u>

**KELLEY, D.J.**

On February 23, 2026, Plaintiff Luis Miranda's Application to Proceed in District Court without Prepaying Fees or Costs was allowed. [Dkt. 6].  At that time, Plaintiff was advised that if he wishes to proceed in this matter, he must file an amended complaint. [Id.].  On April 9, 2026, Plaintiff filed an Amended Complaint naming as Defendants the Registrar of the Massachusetts Registry of Motor Vehicles, the Commissioner of the Massachusetts Department of Revenue Child Support Services ("CSS"), and the CSS Deputy Commissioner. [Dkt. 11].

Upon review, it is hereby **ORDERED**:

1. The Clerk shall correct the docket so that it lists the Defendants as Michele Cristello, Deputy Commissioner of the Massachusetts Department of Revenue Child Support Services; Geoffrey E. Snyder, Commissioner of the Massachusetts Department of Revenue Child Support Services; and Colleen Ogilvie, Registrar of the Massachusetts Registry of Motor Vehicles.

2. The Clerk shall issue summonses for Defendants Michele Cristello, Geoffrey E. Snyder, and Colleen Ogilvie.  The Clerk shall send the summonses, Amended Complaint, and

this Order to Plaintiff, who must thereafter serve these Defendants in accordance with Federal Rule of Civil Procedure 4(m).   Plaintiff shall have 90 days from the date of the issuance of summons to complete service.

3.   Because Plaintiff has been granted leave to proceed *in forma pauperis*, Plaintiff may arrange for service by the United States Marshals Service.  If directed by Plaintiff to do so, the United States Marshals Service shall serve the summonses, Amended Complaint, and this Order upon Defendants, in the manner directed by Plaintiff, with all costs of service to be advanced by the United States.  Notwithstanding this Order to the United States Marshals Service, it remains Plaintiff's responsibility to provide the United States Marshals Service with all necessary paperwork and service information.

**SO ORDERED.**

Dated: April 30, 2026                                            /s/ Angel Kelley
                                                                         Hon. Angel Kelley
                                                                         United States District Judge

2